UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARQUIMEDES MACEDA JIMENEZ, | § § | CIVIL ACTION NO 4:25-cv-05026 |
| Petitioner, | § § § | |
| vs. | § § § § | JUDGE CHARLES ESKRIDGE |
| RAYMOND THOMPSON, *et al*, | § § | |
| Respondents. | § | |

## ORDER

Petitioner Arquimedes Maceda Jimenez filed a petition for writ of *habeas corpus* on October 21, 2025. Dkt 1. He asserts that his detention under 8 USC §1225(b) is unlawful and that he should instead be detained, if at all, under 8 USC §1226(a), which may entitle him to a bond hearing. Id at ¶¶66–68.

Petitioner states causes of action for violation of both the Due Process Clause of the Fifth Amendment and the Immigration and Nationality Act. Id at ¶¶57–67. Among other relief, he seeks (i) a temporary restraining order directing Respondents to conduct a bond hearing, or (ii) in the alternative, issuance of a show cause order under 28 USC §2243. Id at ¶¶7–8.

To the extent Petitioner requests immediate injunctive relief prior to service of Respondents, it is DENIED. But Petitioner is entitled to the requested order to show cause.

Respondents are thus ORDERED to show cause with a filing that establishes the propriety of Petitioner's continued detention. Such filing must be made by October 27, 2025, absent extension.

It doesn't appear that counsel for Respondents have yet been served or appeared. Counsel for Petitioner is thus ORDERED to provide immediate service of this Order by email directed to the counsel for Government with whom he has been in communication about this matter. Such service doesn't substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard at this initial juncture.

This matter is SET for hearing to address the show cause order for October 29, 2025, at 2:30 pm.

The parties may jointly request brief resetting, if necessary and agreed.

SO ORDERED.

Signed on October 22, 2025, at Houston, Texas.

*/s/ CR Eskridge*
Hon Charles Eskridge
United States District Judge