United States District Court
Southern District of Texas
**ENTERED**
November 28, 2025
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| Arquimedes Maceda Jimenez, | § | Civil Action No |
| | § | 4:25-cv-05026 |
| Petitioner, | § | |
| | § | |
| | § | |
| vs. | § | Judge Charles Eskridge |
| | § | |
| | § | |
| Raymond Thompson, | § | |
| *et al*, | § | |
| Respondents. | § | |

## Final Judgment

Summary judgment has been entered in favor of Respondents, and the petition for writ of *habeas corpus* by Petitioner Arquimedes Maceda Jimenez has been denied. See Dkt 10.

This action is dismissed.

This is a final judgment.

So ordered.

Signed on November 24, 2025, at Houston, Texas.

_____
Hon Charles Eskridge
United States District Judge